# MEMO ENDORSED

**CALHOUN & LAWRENCE, LLP**
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

January 28, 2021

**BY ECF**
Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   **United States v. Edward Cardona (VOSR)**
      **17 Cr. 66 (KMK)**

Dear Judge Karas:

This matter is scheduled for a telephone conference on February 3. We are advised that a plea agreement has been reached on Mr. Cardona's state cases but that the paperwork to effect the agreement will take another week or two. The matter then will proceed to court, most likely on March 3, to finalize the agreement.

As a result, this is to request that Mr. Cardona's case before Your Honor be adjourned to a date approximately a week after March 3, by which time Mr. Cardona's state cases should be concluded.

The Government advises that it has no objection to this adjournment. I appreciate Your Honor's consideration of this matter.

Respectfully submitted,

Clinton W. Calhoun, III

CWC/kvm

cc:   AUSA Allison Nichols (by ecf)
      USPO Erica Cudina (by e-mail)

*Granted. The court will hold a tele conference on March 5, 2021 at 11:00 AM*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
1/29/2021